Richard A. Helm, Esq.
Bookman & Helm, LLP
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Fax: (907) 279-4851
email: lhile@bookman-helm.com
rhelm@bookman-helm.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

KEVIN SKAGGS and NICOLE SKAGGS, individually, and on behalf of C.S., a minor,

Plaintiffs,

vs.

UNITED STATES OF AMERICA and the UNITED STATES AIR FORCE,

Defendants.

Case No. ____________

**COMPLAINT FOR PERSONAL INJURIES/MEDICAL MALPRACTICE**

Plaintiffs allege:

1. Kevin Skaggs and Nicole Skaggs are parents of C.S., a minor, and are residents of Texas.

2. C.S., born October 21, 1998, received medical care and treatment from the United States Air Force at Elmendorf Air Force Base in Anchorage, Alaska.

3. This Court has jurisdiction pursuant to 28 USC § 1346(b) and 28 USC §§ 2671 et seq.

BOOKMAN & HELM, LLP
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

4. C.S. received negligent medical care at Elmendorf Air Force Base on April 12, 2002, when Dr. Rueggemer, employed by the Air Force, examined C.S.'s ears and found nothing wrong with him. In fact, C.S. had a cholesteatoma, which was not diagnosed until August 26, 2004.

5. Standard Form 95 was submitted to Elmendorf Air Force Base on behalf of plaintiffs on May 5, 2006, received by the Air Force on May 8, 2006, alleging negligence and damages in the failure to diagnose the cholesteatoma and seeking $750,000 in damages.

6. On September 14, 2007, the Department of the Air Force denied the claim of medical malpractice.

7. The Air Force did not meet the standard of care for an otolaryngologist when its otolaryngologist failed to diagnose the cholesteatoma.

8. The delay in diagnosis resulted in C.S. losing hearing in his right ear.

9. C.S. has received several operations to restore his hearing and presently has a device in his right ear which has restored partial hearing in that ear, but because of the delicate nature of the device, his activities are restricted and he cannot live a normal life as an active young boy.

10. As a result of the failure to diagnose the cholesteatoma, C.S. has experienced pain and suffering, been subjected to several operations, has been forced to live with the disability of not being able to hear adequately and cannot live a normal life. He will have a loss of earning capacity.

11. C.S.'s parents have been damaged by having to help C.S. with his surgeries and to provide care and comfort for him. They have expenses associated with his care and they have had to deal with his loss of hearing and to take care that he does not do anything to endanger his hearing device which would necessitate another surgery.

**BOOKMAN & HELM, LLP**
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851

WHEREFORE, plaintiffs ask that they be given judgment against the United States of America for $750,000 for their damages and for such other relief as the Court may deem just.

DATED at Anchorage, Alaska this 13 day of March, 2008.

BOOKMAN & HELM, LLP
Attorneys for Plaintiffs, Kevin Skaggs and Nicole Skaggs, individually, and on behalf of C.S., a minor

By: ______________________
Richard A. Helm
Alaska Bar # 7011059

**BOOKMAN & HELM, LLP**
Attorneys At Law
471 W. 36th Avenue, Suite 204
Anchorage, AK 99503
Telephone: (907) 865-0800
Facsimile: (907) 279-4851